# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SWEET CORN PRODUCTS, L.L.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV509** |
| v. ) | |
| ) | **ORDER** |
| **PACIFIC CURRENTS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon notice of settlement given to the magistrate judge on December 19, 2005 by counsel for the plaintiff, and the oral motion of counsel for the plaintiff for an extension of time to submit dismissal document made on January 30, 2006,

**IT IS ORDERED that:**

1.   The plaintiff's oral motion for an extension of time is granted.

2.   The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before February 13, 2006**.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

3.   Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 30th day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge